**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Jayden Springman, *et al.*,

Defendants.

Case No. 2:25-cr-00350-CDS-MDC

**ORDER CONTINUING HEARING**

The Court **GRANTS** defendant Jayden Springman's *Motion to Continue*. **IT IS ORDERED** that the in-person hearing between the Government and Mr. Springman is **CONTINUED** to **November 4, 2026, at 2:00 pm in Courtroom 3D**.

IT IS SO ORDERED.

DATED: October 27, 2026.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge